# State of Vermont v. David H. Townsend

[370 A.2d 189]

No. 63-76

Present: **Barney, C.J., Daley, Larrow, Billings, and Hill, JJ.**

Opinion Filed December 21, 1976

*Michael J. Sheehan*, Windsor County State's Attorney, and *William J. Donahue*, Deputy State's Attorney, White River Junction, for Plaintiff.

*John J. Welch, Ltd.*, Rutland, for Defendant.

**Per Curiam.** The sole objection raised in this appeal is to the admission of a written statement by the respondent, who did not testify, admitting his presence at the scene but denying commission of the offense charged. Not only was no such objection made below, but the admission of the exhibit was agreed to, after a recess. The judgment below must be affirmed. *State* v. *Blaine*, 133 Vt. 345, 341 A.2d 16 (1975).

*Judgment affirmed.*